IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANKIE LEE SPIKES, JR,

    Petitioner,

v.                                                                                       CASE NO. 1:10-cv-00130-MP-AK

SECRETARY DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 1, a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and Doc. 2, a motion for leave to proceed as a pauper. Petitioner attacks his 1989 convictions for first degree premeditated murder and arson. Petitioner concedes that he was previously denied relief under § 2254 with respect to the same convictions, and that a second petition was dismissed as successive. *See* Doc. 1 at 3; *Spikes v. Crosby*, Case No. 1:92-cv-10061-MMP (N.D. Fla.), Docs. 12 (order denying petition), 20 (order denying certificate of probable cause), 25 (order of Court of Appeals denying certificate of probable cause); *Spikes v. Crosby*, Case No. 1:06-cv-164-MMP-AK (N.D. Fla.), Doc. 21 (order dismissing petition as successive).

Pursuant to 28 U.S.C. § 2244(b)(3)(A), this Court cannot consider a second or successive habeas petition until a panel of the Eleventh Circuit has authorized its filing. There is no indication that Petitioner has satisfied the requirements for filing this case, and thus, it is not

properly before this Court for consideration. Accordingly, it is

**ORDERED AND ADJUDGED:**

That this case is **DISMISSED**, and the Clerk is directed to close the file.

**DONE AND ORDERED** this  *9th*  day of July, 2010

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge